NF

RECEIVED

MAR 4 2014
MB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Charles Daniels

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Cook County Sheriff
Rivers

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

14CV1533
JUDGE ST. EVE
MAGISTRATE JUDGE BROWN

Case No:____________________
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

X **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

I. **Plaintiff(s):**

A. Name: CHARLES DANIELS

B. List all aliases: NONE

C. Prisoner identification number: 2010 0809144

D. Place of present confinement: COOK COUNTY JAIL DIV 10 2D

E. Address: PO BOX 089002 Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: RIVERS

Title: COOK COUNTY DEP. SHERIFF

Place of Employment: 2800 S CALIFORNIA Chicago, IL 60608

B. Defendant: __________

Title: __________

Place of Employment: __________

C. Defendant: __________

Title: __________

Place of Employment: __________

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: DANIELS v. WASHINGTON 96-C-3704

B. Approximate date of filing lawsuit: JUNE 18, 1996

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NONE

D. List all defendants: WARDEN WASHINGTON

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. DIST COURT - EASTERN DIVISION

F. Name of judge to whom case was assigned: ALESIA KEYES

G. Basic claim made: DENIAL ACCESS TO COURT

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): DISMISSED

I. Approximate date of disposition: FEB 27, 1997

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

PRIOR LAWSUITS

A. DANIELS v. AUSTIN
07-C-6475

B. DATE LAWSUIT FILED:
NOVEMBER 15th 2007

C. NO — CO-PLAINTIFF

D — DANIELS v. AUSTIN
DEFENDANT WARDEN AUSTIN

E U.S. DISTRICT COURT EASTERN DIVISION

F. LEINENWEBER / NOLAN

G. HABEAS PETITION

H. DENIED

I AUGUST 25th 2008

PRIOR LAWSUITS - CONT.

A- DANIELS v. MANSOUR
11 C 8346

B DATE SUIT FILED - NOVEMBER 21 or 28, 2011

C. No Plaintiff's other than ME.

D. DR. Mohammed MANSOUR, P.A. MANISHA PATEL, NURSE PRICE, NURSE PAUVERENTI, Sheriff's CAPERS & SHERIFF BALDERAMO

E U.S. DISTRICT COURT - EASTERN DISTRICT

F JUDGE AMY J. ST. EVE

G 555 Civil Rights (PRISON CONDITION) - 42 USC 1983

H SETTLEMENT

I DECEMBER 20, 2012

PRIOR LAWSUITS - CONT

A. DANIELS v. TING ;

B. DATE SUIT FILED - APRIL 25th 2013 ;

C. NO PLAINTIFF OTHER THAN SELF ;

D. DR. ANDREW TING, SHERIFF BALDERAMO, SHERIFF; CAPERS, JANE + JOHN DOE (MEDICAL TECH's 7-3);

E. U.S. DISTRICT COURT - EASTERN DISTRICT;

F. JUDGE AMY J. ST. EVE ;

G. 42 USC - MEDICAL/PRISON CONDITION

H. NOT APPLICABLE YET ;

I NOT APPLICABLE YET ;

A. DANIELS v. B.J. PARKS, ET. AL

B DATE SUIT FILED - JULY 8, 2013

C NO PLAINTIFF OTHER THAN SELF

D [illegible] ASA B.J. PARKS

E U.S. DISTRICT COURT - EASTERN DISTRICT

F JUDGE CHARLES P. KOCORAS

G DISCOVERY + EVIDENCE IN CURRENTLY PENDING STATE CRIMINAL CASE INVOLVING STATE LAW ISSUES.

H DISMISSED FOR LACK JURISDICTION W/O PREJUDICE

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On August 5th 2013, I was in the T.V area and announcement was made that the Barber shop was open & waiting on us from D2 of Division 10, County Jail. I approached Ofc. Rivers and asked him if he would include me for the barbershop since I hadn't gone in 2weeks. Ofc. Rivers enraged jumped out of the chair cursing me said he didn't answer any questions from me and said "I'm giving you a direct order to take your F--A--" back inside. I asked can I go to the Barbershop again, at which point he jumped me, grabbing my Shirt & pushing my head into a metal door. I believe I was briefly unconscious because when I remember anything later I was being pulled into the dayroom by several other men who were in dayroom also. When I did come to I repeatedly asked for a Supervisor Corr. Sheriff. Ofc Rivers recognized what he had done in assaulting me &

totally refused me any medical treatment by failing to call the medical dispensary. I had to suffer for over 24 hours. The bruise on my neck/vertebrae area has months later not gone down & I'm told its cracked in several places by the Orthopedic doctor based on X-rays.

Defendant Rivers was deliberately indifferent not only to my serious medical condition by withholding available attention as a means to keep staff from knowledge of his actions & against his own interests. I have exhausted County Jail Grievance procedures. I've been waiting for 5 months for a response from Internal Office Professional review & have filed 2 separate Grievances since Sept 23, 2013, to no avail. Their rules say they'll respond within 14 days. I believe because of my continued inquiry about this matter I have recently on JAN 23rd 2014, been issued to serve 10 days in Segregation. I never received a/any Disciplinary report until placement in Segregation about my now supposedly arguing c̄ Ofc Rivers. I have had over 6 men whom were eyewitnesses, yet this specious disciplinary report claims I had none.

I maintain that Ofc. Rivers used excessive

force against me on the above-date because I mentioned that he was refusing to provide me the Chance to obtain a haircut like the other men. Ofc. Rivers I feel violated my rights under the Eighth Amendment of the U.S. Constitution, (VIII), and caused me injury & emotional distress. I have been advised that due to my age the injury is going to worsen and to expect deterination & the onset of acute pain because of the area that's cracked in my spinal cord. This %o Rivers had no right to abuse & take advantage of me while acting "under the color of law" as a Cook County Sheriff. This Complaint follows seeking legal redress

Charles Daniels
2-25-2014

# SHERIFF'S OFFICE OF COOK COUNTY
## OFFICE OF PROFESSIONAL REVIEW
## COMPLAINT REGISTER

**Complainant Information**

| | | | |
|---|---|---|---|
| NAME (Last, First, M.I.): DANIELS, CHARLES | AGE: 59 | DATE OF BIRTH: 9-6-1954 | HOME #: ( ) |
| HOME ADDRESS: 7624 So. MAY ST. | | CITY: CHICAGO | WORK/OTHER #: |
| STATE: ILLINOIS | ZIP CODE: 60620 | STATE I.D./D.L. #: | STATE OF ISSUANCE: |

I HAVE BEEN NOTIFIED THAT, PURSUANT TO 50 ILCS 725/3.8(b), ANYONE FILING A COMPLAINT AGAINST A SWORN PEACE OFFICER MUST HAVE THE COMPLAINT SUPPORTED BY A SWORN AFFIDAVIT.

**Complainant Information**

DATE OF INCIDENT: AUGUST 5th 2013

TIME OF INCIDENT: 4:30 P.M.

LOCATION OF INCIDENT: DIVISION 10 - D-2 - COOK COUNTY JAIL

PROVIDE NAMES, BADGE NUMBERS, SQUAD NUMBER or LICENSE PLATE, and/or PHYSICAL DESCRIPTION OF THE OFFICER AGAINST WHOM YOU WISH TO FILE A COMPLAINT:

RIVERS - (3-11 P.M SHIFT) DIV. 10 - COOK COUNTY JAIL
BLACK MALE OFFICER

**Witnesses**

ARE THERE ANY WITNESSES YOU WISH TO BE CONTACTED DURING THE INVESTIGATION? ☒ YES ☐ NO
IF YES, PROVIDE CONTACT INFORMATION.

| NAME | ADDRESS/CITY/STATE/ZIP | HOME PHONE # |
|---|---|---|
| MELVIN BOGAN | DIV 10 - D-2 DETAINEE | |
| KEVIN HOOKS | " " " | |
| EFRAIM HERNANDEZ | " " " | |
| JEREMY PRINCE | " " " | |
| BRIAN MASSEY | 730 GREENWOOD DYER RD - GLENWOOD, IL | |

**Narrative**

PROVIDE A FULL DETAILED ACCOUNT OF YOUR COMPLAINT AND THE NATURE OF THE INCIDENT.

IN ADDITION TO THE ABOVE - WITNESSES I INCORPORATE ALSO DETAINEE ANDREW WALLS, WHOM IF CALLED COULD TESTIFY THAT ON AUGUST 5th 2013, While IN the DAYROOM OF D-2, that A CERTAIN detainee RETURNING FROM the DISPENSARY LOUDLY SAID the Barbershop WAS OPEN And the BARBER'S WERE WAITING. AFTER OVER 15 MINUTES, I CHARLES DANIELS, Approached DOOR, ENTERED And Asked OFC RIVERS, "IF I COULD GO TO BARBERSHOP, SINCE HE REFUSED TO SEND ME WEEKS EARLIER"?, AS VERIFIED BY DETAINEE RUDOLPH, TRAVAUN -

☒ CONTINUED ON REVERSE

FOR OFFICE USE ONLY
DATE COMPLAINT RECEIVED: ____________ RECEIVED BY: ____________
IAD/IG #: ____________

Complaint Narrative (Continued)

OFC. RIVERS ADAMANTLY JUMPED OUT OF CHAIR, HE TOLD ME "I DON'T ANSWER QUESTIONS FROM YOU. I'M GIVING YOU A DIRECT ORDER TO GET YOUR F--- A--- BACK INSIDE." I ASKED AGAIN ABOUT IF I COULD GO TO BARBERSHOP. OFC. RIVERS IN A RAGE, STATED YOU THINK I'M PLAYING, I'LL SHOW YOU I'M NOT AND GRABBED ME PUSHING ME INTO THE DOOR WHERE I CRASHED HITTING MY HEAD. HE FOLLOWED UP WHILE I WAS DAZED AND PUSHED ME INTO THE DAYROOM.

OVER A DOZEN (12) DETAINEE'S JUMPED UP TO HELP ME. AFTER, I GOT UP FROM GROUND CALLING FOR A "WHITE-SHIRT", WHICH OFC RIVERS REFUSED TO CALL, HE REFUSED TO CALL MEDICAL EVENTHOUGH MY HEAD WAS SWELLING W/A LUMP. I REFUSED TO REACT TO THIS EXCESSIVE FORCE BY OFC, AS I'M TOO OLD FOR VIOLENCE.

OFC. RIVERS SIMPLY CONTINUED TO TAUNT ME, WITH HIS NOW WHAT LOOK, I ASSUME TO PROVOKE ME. I WANTED ONLY A ICE BAG AND TO REPORT - I TOLD LT. JOHNSON WHAT HAPPENED.

**PLEASE BE AWARE THAT IF YOU ALLEGE INJURIES AS A RESULT OF THIS INCIDENT, DUE TO FEDERAL PRIVACY LAWS ON THE RELEASE OF MEDICAL RECORDS, YOU MUST PROVIDE COPIES OF YOUR RELEVANT MEDICAL RECORDS REGARDING ANY EXAMINATION OR TREATMENT TO THE SHERIFF'S OFFICE INVESTIGATING UNIT TO BE MADE PART OF THE INVESTIGATION.**

**I have read this statement that I have voluntarily made, consisting of** 2 **pages, and I solemnly swear that the facts and allegations contained within are true and correct to the best of my knowledge.** CHARLES DANIELS
PO BOX 089002 - REG. # 2010-0809144 **(Print Name)**

**Complainant's Signature:** Charles Daniels **Date:** 8 21 2013

**State of Illinois )**
**County of Cook )**

**Signed and sworn to before me on** 8/21/13 **by** Charles Daniels
**(date)** **(name of person making statement)**

"OFFICIAL SEAL"
Krystal N. Sankey
Notary Public, State of Illinois
My Commission Expires November 29, 2015
(notary seal)

K Sankey
**(signature of notary public)**

**A person commits PERJURY when, under oath or affirmation, in a proceeding or in any matter where by law such oath or affirmation is required, he makes a false statement, material to the issue or point in question, which he does not believe to be true. PERJURY IS A CLASS 3 FELONY.**

Please mail your completed, **signed and notarized**, complaint form to:

**Cook County Sheriff's Office of Professional Review**
3026 S. California

COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)
INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #
2013X3167

! This section is to be completed by Program Services staff - ONLY ! (! Para ser llenado solo por el personal de Program Services !)

GRIEVANCE FORM PROCESSED AS:
☐ EMERGENCY GRIEVANCE
☒ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

Program Services Supervisor Approving Non-Grievance (Request) Signature

REFERRED TO:
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: ____________
☐ OTHER: ____________

## INMATE INFORMATION (Información del Preso)

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | ID Number (# de identificación): |
|---|---|---|
| DANIELS | CHARLES | 2010-0509144 |
| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
| 10 | 2D 18 | 8/5/13 |

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
* *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
* *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*

PLEASE INCLUDE: Date of Incident – Time of Incident – Specific Location of Incident
(Por Favor, Incluya: Fecha Del Incidente – Hora Del Incidente – Lugar Especifico Del Incidente)

ON 8-5-2013, @ 4:30PM, I ASKED OFC. RIVERS (3PM-11 SHIFT) IF I COULD ATTEND MOVEMENT LINE TO THE BARBER, SINCE HE WOULD NOT ALLOW ME FRIDAY (8-2-13) TO GO. HE REFUSED TO TAKE A(ANY) DETAINEE'S FROM DAYROOM, BUT THOSE HE NEEDED THAT WERE IN THEIR CELLS AND NOT SCHEDULED FOR COURT. HE BECAME ANGRY AND GOT UP OUT OF CHAIR IN OFFICE, CAME OUTSIDE TO INTERLOCK AND GRAB ME AND PUSHED ME HARD INTO METAL CREASE OF OPEN DOOR. I WAS DAZED, AND HE PUSHED ME INTO DAYROOM SLAMMING DOOR IN THE PRESENCE OF OVER 12 DETAINEE'S - FIVE OF WHOM WILL VERIFY THIS NARRATIVE OF DELIBERATE EXCESSIVE FORCE AGAINST ME

ACTION THAT YOU ARE REQUESTING (Acción que esta solicitado): INVESTIGATION INTO PROPER PROCEDURE PROTOCOL OF SHERIFF RIVER'S AND PUNISHMENT FOR PUSHING ME AND ASSAULTING ME @ NEARLY 60 YEARS OLD WITHOUT JUSTIFICATION.

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: 5 DETAINEES
(Nombre del personal o presos que tengan Información:)
BOGAN/HERNANDEZ/MASSEY/HOOKS/WALLS

INMATE SIGNATURE (Firma del Preso): Charles Daniels

SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| [illegible] | [illegible] | __/__/13 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | __/__/__ |

(FCN-47)(NOV 11) (WHITE COPY – PROGRAM SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE

*(Oficina del Aguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM

*(Petición de Queja del Preso/Respuesta/Forma de Apelación)*

[X] GRIEVANCE [ ] NON-GRIEVANCE (REQUEST)

CONTROL #: 2013X3167

### INMATE INFORMATION

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de identificación)*: |
|---|---|---|
| DANIELS | CHARLES | 2010-0809144 |

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE

(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: Misconduct (physical) By Sworn Staff

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (If applicable):

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel): O.P.R - I.S.

DATE REFERRED: 8/15/13

RESPONSE BY PERSONNEL HANDLING REFERRAL: Your report has been diverted to OPR for review and/or investigation.

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| Teresa Olson | [signature] | Inm Svs. | 8/21/13 |

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| | | | / / |

NON-GRIEVANCE (REQUEST) SUBJECT CODE *(Check applicable box)*:

[ ] GRIEVANCE SUBJECT CODE: ______

[ ] NON-GREIVANCE SUBJECT CODE: ______

INMATE SIGNATURE *(Firma del Preso)*: Charles Daniels

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: 9/23/13

### INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

*** To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.**

**** Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.***

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del detenido:)* 9/23/13

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

NOBODY HAS COME TO SEE ME OR INVESTIGATE THIS MATTER DESPITE BEING TOLD SOMEBODY WOULD

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** *(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)* Yes *(Si)* [ ] No [ ]

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decision o recomendación por parte del administrador o/su designado(a):)*

| ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a))*: | SIGNATURE *(Firma del Administrador o/su Designado(a):)*: | DATE *(Fecha)*: |
|---|---|---|
| | | / / |

| INMATE SIGNATURE *(Firma del Preso)*: | DATE INMATE RECEIVED APPEAL RESPONSE *(Fecha en que el preso recibio respuesta a su apelación)*: |
|---|---|
| | / / |

COOK COUNTY SHERIFF'S OFFICE

(Oficina del Alguacil del Condado de Cook)

# INMATE GRIEVANCE FORM

(Formulario de Queja del Preso)

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

! This section is to be completed by Program Services staff - ONLY ! (! Para ser llenado solo por el personal de Program Services !)

GRIEVANCE FORM PROCESSED AS:

☐ EMERGENCY GRIEVANCE
☒ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

Program Services Supervisor Approving Non-Grievance (Request) Signature

REFERRED TO:

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: ____
☐ OTHER: ____

## INMATE INFORMATION (Información del Preso)

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | ID Number (# de identificación): |
|---|---|---|
| DANIELS | CHARLES | 2010-0809144 |
| **DIVISION (División):** | **LIVING UNIT (Unidad):** | **DATE (Fecha):** |
| 10 | 2D-18 | 11/25/2013 |

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
* *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
* *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*

PLEASE INCLUDE: Date of Incident – Time of Incident – Specific Location of Incident
(Por Favor, Incluya: Fecha Del Incidente – Hora Del Incidente – Lugar Específico Del Incidente)

I AM GRIEVING THE FACT THAT ON AUGUST 5th 2013, I WAS PHYSICALLY ASSAULTED BY C/O DEPUTY RIVERS AS A SWORN STAFF MEMBER, HOWEVER THE GRIEVANCE RESPONSE OF AUG. 21ST 2013, BY THERESA OLSON STATED "MY REPORT HAS BEEN DIRECTED TO "O.P.R." FOR REVIEW AND INVESTIGATION" END OF RESPONSE

SINCE 8/21/2013 I HAVE NOT SEEN OR TALKED TO ANYONE TO TRY AND RESOLVE THIS GRIEVANCE IN 90 DAYS SO AS TO EXHAUST MY ADMIN. REMEDIES AS REQUIRED BY C.C.J. RULES

ACTION THAT YOU ARE REQUESTING (Acción que esta solicitado):

TO HAVE RESPONSE FROM Office Professional Review FINDINGS & CONCLUSION

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o presos que tengan información:)

INMATE SIGNATURE (Firma del Preso): Charles Daniels

SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| TK Hilton | [signature] | 11/25/13 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | __/__/__ |

(FCN-47)(NOV 11) (WHITE COPY – PROGRAM SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

COOK COUNTY SHERIFF'S OFFICE

(Oficina del Aguacil del Condado de Cook)

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL # N/A

# INMATE GRIEVANCE RESPONSE / APPEAL FORM

(Petición de Queja del Preso/Respuesta/Forma de Apelación)

## INMATE INFORMATION

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de Identificación): |
|---|---|---|
| Daniels | Charles | 20100809144 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE

(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:

[illegible] requesting an answer from the Office professional [illegible] Board regarding [illegible] grievance

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable):

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel): OPR - [illegible]

DATE REFERRED: 12/10/13

RESPONSE BY PERSONNEL HANDLING REFERRAL: This request was forwarded to the OPR for review and response to inmate

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| [illegible] | [signature] | 15 | 12/11/13 |

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| | | | ___/___/___ |

NON-GRIEVANCE (REQUEST) SUBJECT CODE *(Check applicable box)*:

☐ GRIEVANCE SUBJECT CODE: ______

☐ NON-GREIVANCE SUBJECT CODE: ______

INMATE SIGNATURE *(Firma del Preso)*: [signature]

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: 12/[illegible]/[illegible]

## INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* *Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido)* ___/___/___

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)*

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? *(¿ Apelación del detenido aceptada por el administrador o/su designado(a)?)* Yes *(Si)* ☐ No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decision o recomendación por parte del administrador o/su designado(a):)*

| ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a))*: | SIGNATURE *(Firma del Administrador o/su Designado(a):)*: | DATE *(Fecha)*: |
|---|---|---|
| | | ___/___/___ |

| INMATE SIGNATURE *(Firma del Preso)*: | DATE INMATE RECEIVED APPEAL RESPONSE *(Fecha en que el preso recibio respuesta a su apelación)*: |
|---|---|
| | ___/___/___ |

COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

# INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #

! This section is to be completed by Program Services staff - ONLY ! (! Para ser llenado solo por el personal de Program Services !)

GRIEVANCE FORM PROCESSED AS:

☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

Program Services Supervisor Approving Non-Grievance (Request) Signature

REFERRED TO:

☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: ______
☐ OTHER: ______

## INMATE INFORMATION (Información del Preso)

| PRINT INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | ID Number (# de identificación): |
|---|---|---|
| DANIELS | CHARLES | 2010-0509144 |
| DIVISION (División): 10 | LIVING UNIT (Unidad): 2D-12 | DATE (Fecha): 2/11/2014 |

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

* An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
* Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
* When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

* *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
* *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
* *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*

PLEASE INCLUDE: Date of Incident – Time of Incident – Specific Location of Incident
(Por Favor, Incluya: Fecha Del Incidente – Hora Del Incidente – Lugar Especifico Del Incidente)

This is The 3rd Grievance Seeking A/Any Response from Office of Professional Review of County Sheriff's in Regards to Incident on 8-5-2013 Regarding Being Physically Assaulted By C/O Rivers, under Control # 2013x3167 that was initially mailed for a Response on 9/23/2013, to no avail, then the 2nd Grievance Seeking A/Any Response was filed on 11/25/2013 and forwarded to O.P.R. for Review and Response to inmate Daniels.

ACTION THAT YOU ARE REQUESTING (Acción que esta solicitado):

That the O.P.R. Give Me A Response to My Grievances And Requests for them to Contact Me

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan Información:) | INMATE SIGNATURE (Firma del Preso): |
|---|---|
| C.R.W. Hobbs | Charles Daniels |

SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| Hobbs | [signature] | __/__/__ |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: __/__/__ |